

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CARTER COUNTY</u>, OKLAHOMA

| | |
|---|---|
| IMTEC REAL ESTATE LLC V. SECURITY NATIONAL INSURANCE CO. | No. CJ-2022-00168<br>(Civil relief more than $10,000: MONEY JUDG. (OVER $))<br><br>Filed: 08/16/2022<br><br>Judge: Unassigned |

## PARTIES

SECURITY NATIONAL INSURANCE CO., Defendant
IMTEC REAL ESTATE LLC, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| ROWE, JACOB L.<br>SIMONE, FULLER, GAUS<br>1101 N BROADWAY AVE, STE 102<br>OKLAHOMA CITY , OK 73103 | |

## EVENTS

None

## ISSUES

1.  MONEY JUDG. (OVER $)

## DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|

EXHIBIT 1

| | |
|---|---|
| 08-16-2022  [ TEXT ] | $ 163.00 |
| PETITION, FILED | |
| Document Available (#CC22081600000534) 🗋TIFF    📄PDF | |
| (Entry with fee only) | $ 6.00 |
| (Entry with fee only) | $ 7.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | $ 25.00 |
| LENGTHY TRIAL FUND | $ 10.00 |
| OK COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 10% OF CASA TO COURT CLERK REVOLVING FUND | $ 0.50 |
| OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 10% OF COJC TO COURT CLERK REVOLVING FUND | $ 0.16 |
| COURTHOUSE SECURITY FEE | $ 10.00 |
| 10% OF CHSC TO COURT CLERK REVOLVING FUND | $ 1.00 |
| STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | $ 0.45 |
| 15% TO DISTRICT COURT REVOLVING FUND | $ 2.48 |
| COURT CLERK PRESERVATION FUND | $ 10.00 |
| 08-16-2022  [ TEXT ] | $ 10.00 |
| SUMMONS ISSUED TO PLAINTIFF | |
| 08-29-2022  [ TEXT ] | |
| RETURN OF SERVICE BY MAIL, FILED | |
| Document Available (#CC22082900000464) 🗋TIFF    📄PDF | |