# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IMTEC REAL ESTATE LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: CIV-22-344-RAW-GLJ |
| SECURITY NATIONAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, IMTEC Real Estate, LLC, and Defendant, Security National Insurance Company, hereby notify the Court that this case has resolved. The parties respectfully request the Court enter an administrative closing order, suspend all pending deadlines, and allow them 30 days to complete the paperwork necessary to close this case.

        Respectfully submitted,

        */s/ Matthew S. Russo*
        Matthew S. Russo, Texas Bar No. 24119813
        **THE HODGE LAW FIRM, PLLC**
        The Historic Runge House
        1301 Market Street
        Galveston, Texas 77550
        Telephone: (409) 762-5000
        Facsimile: (409) 763-2300
        Email: mrusso@hodgefirm.com

        *Attorney for Plaintiff, IMTEC Real Estate, LLC*

        *-and-*

*/s/ Brian D. Blackstock*
Lance E. Leffel, OBA No. 19511
Brian D. Blackstock, OBA No. 31943
**GABLEGOTWALS**
BOK Park Plaza
499 West Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
Telephone: (405) 235-5500
Facsimile: (405) 235-2875
Email: lleffel@gablelaw.com
  bblackstock@gablelaw.com

***Attorneys for Defendant, Security National Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Jacob L. Rowe, OBA No. 21797
**FULMER SILL PLLC**
jrowe@fulmersill.com

*-and-*

Matthew S. Russo, Texas Bar No. 24119813
**THE HODGE LAW FIRM, PLLC**
mrusso@hodgefirm.com

*Attorneys for Plaintiff*

I hereby certify that on November 27, 2023, I electronically transmitted the foregoing document to the following by e-mail:

*Via E-mail:* StlmtConf_OKED@oked.uscourts.gov
U.S. Magistrate Judge Jason A. Robertson

/s/ Brian D. Blackstock